1

2

3                                                    JS-6

4

5

6

7

8

9                **UNITED STATES DISTRICT COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

| | |
|---|---|
| FAYEZ ALSKAF, an individual,<br><br>               Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>               Defendants. | Case No. 12-CV-08883-PA-VBK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  October 16, 2012<br><br>District Judge:  Hon. Percy Anderson<br>Dept:               15<br><br>Magistrate:      Hon. Victor B. Kenton<br>Dept:               590<br>Trial Date:       Not Set |

20

21

22

23

24

25

26

27

28

                                          1     Case No.  12-CV-08883-PA-VBK

1        Having considered the Stipulation to Dismiss Entire Action With Prejudice by

2   and between the parties, the Court hereby orders this action to be dismissed with

3   prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party

4   shall bear their own attorneys' fees and costs.

5

6        IT IS SO ORDERED.

7

8

9   Dated: August 7, 2013                    _____

10                                           Hon. Percy Anderson
                                             United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2        Case No.  12-CV-08883-PA-VBK

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE